### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **CARRIE HOLEMAN, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | CIV-11-394-R |
| | ) | |
| **OKLAHOMA CITY PUBLIC** | ) | |
| **SCHOOLS, I-89, et al.,** | ) | |
| | ) | |
| **Defendants .** | ) | |

### O R D E R

This matter comes before the Court on the Motion for Summary Judgment, filed by Defendant, Independent School District 89 of Oklahoma County, Oklahoma. The Court has reviewed the parties' submissions, and hereby orders the following.

Plaintiff A.H. seeks to recover from the District for alleged bullying that occurred during her attendance at John Marshall Mid-High from January to October, 2010. Plaintiff alleges the District violated her constitutional rights. In response to the motion for summary judgment, Plaintiffs submitted an affidavit from counsel in accordance with Rule 56(d) that it could not present certain facts essential to its opposition to Defendant's motion due to scheduling difficulties with certain witnesses. The Court has extended the date for deposition of two of those witnesses to September 1, 2012. The Court hereby STRIKES this matter from its September 2012 docket. Plaintiffs are hereby ordered to file any supplemental evidentiary material not later than September 21, 2012. Defendant may reply to Plaintiffs' supplemental filings five days thereafter. The Court will establish a trial docket following

issuance of an order on the motion for summary judgment, should such docket be required.

IT IS SO ORDERED this 27th day of August, 2012.

*[signature: David L. Russell]*

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE